People v Harvard

2026 NY Slip Op 03242

May 21, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Demetrius Harvard, Defendant-Appellant.

Decided and Entered: May 21, 2026

Ind No. 1234/20|Appeal No. 6685|Case No. 2023-02003|

Before: Kennedy, J.P., Scarpulla, Mendez, Rodriguez, Rosado, JJ.

Twyla Carter, The Legal Aid Society, New York (Danielle A. Bernstein of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Ethan Solomon of counsel), for respondent.

[*1]

Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered May 23, 2022, convicting defendant, upon his plea of guilty, of reckless endangerment in the first degree and criminal mischief in the second degree, and sentencing him to consecutive terms of 2 1/3 to 7 years and 1 to 3 years, respectively, unanimously modified, as a matter of discretion in the interest of justice, to the extent of having the terms run concurrently rather than consecutively, and otherwise affirmed.

We find the sentence excessive to the extent indicated.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 21, 2026